IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARIM HALLOWAY, *Plaintiff*, | : : : | |
| v. | : : | CIVIL ACTION NO. 21-CV-5664 |
| SORAIDA MUNOZ-ROMANO, *et al.*, *Defendants*. | : : | |

## ORDER

AND NOW, this 26th day of January 2022, upon consideration of Plaintiff Karim Halloway's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. Halloway's Title VII and ADA claims against Clemons Food Group are **DIMISSED WITHOUT PREJUDICE** as duplicative of the claims raised by Halloway in Civil Action Number 21-5618.

    b. Halloway's Title VII and ADA claims against Soraida Munoz-Romano are **DISMISSED WITH PREJUDICE**.

    c. Halloway's PHRA claims against Clemons and Soraida Munoz-Romano are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of the Court shall **CLOSE** this case.

                                      **BY THE COURT:**

                                      */s/ Gerald J. Pappert*
                                      **GERALD J. PAPPERT, J.**